C. H. BARNES, *Plaintiff in Error,* v. WALTER W. CARR, *Defendant in Error.*

Opinion Filed February 4, 1913.

PER CURIAM.—This case is controlled by the opinion this day rendered in another case between the same parties, and the judgment accordingly is affirmed.

Writ of error to the Circuit Court for Duval County.